1    JOSEPH SCHLESINGER, CA Bar No. 87692
     Acting Federal Defender
2    COURTNEY FEIN, Bar #244785
     Designated Counsel for Service
3    801 I Street, 3rd Floor
     Sacramento, California  95814
4    (916) 498-5700

5    Attorney for Defendant
     RAMIRO CHAVEZ-MADRIGAL
6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,          )    NO.  CR.S-13-0073-GEB
                                        )
11                 Plaintiff,           )    **STIPULATION AND [PROPOSED]**
                                        )    **ORDER;  CONTINUING   STATUS**
12         v.                           )    **CONFERENCE   AND   EXCLUDING**
                                        )    **TIME**
13   RAMIRO CHAVEZ-MADRIGAL,            )
                                        )    Date:  May 3, 2013
14                 Defendant.           )    Time:  9:00 a.m.
     _____  )    Judge: Hon. Garland E. Burrell, Jr.

15

16

17

18         IT IS HEREBY STIPULATED by and between the parties hereto through their

19   respective counsel, NIRAV DESAI, Assistant United States Attorney, attorney for Plaintiff,

20   and COURTNEY FEIN, attorney for RAMIRO CHAVEZ-MADRIGAL that the status

21   conference hearing date of April 26, 2013, be rescheduled for a status conference hearing on

22   May 3, 2013, at 9:00 a.m..

23         The reason for this continuance is defense counsel is unavailable on the date this

24   case is currently set, and in addition requires additional time to further review the

25   discovery, have further discussions with her client, and investigate the facts of the  case.

26         Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

27   should be excluded from the date of signing of this order through and including May 3,

28   2013, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

1   Local Code T4 based upon continuity of counsel and defense preparation.

2   DATED:  March 27, 2013                    Respectfully submitted,

3
                                             DANIEL J. BRODERICK
4                                            Federal Public Defender

5                                            /s/ Courtney Fein
                                             COURTNEY FEIN
6                                            Assistant Federal Defender
                                             Designated Counsel for Service
7                                            Attorney for AMADO JUAREZ

8   DATED:  March 28, 2013.                  BENJAMIN WAGNER
                                             United States Attorney
9
                                             /s/ Courtney Fein for
10                                           NIRAV DESAI
                                             Assistant U.S. Attorney
11                                           Attorney for Plaintiff

12

13       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that

14  the  April 26, 2013,  status conference hearing be continued to May 3, 2013, at 9:00 a.m..

15  Based on the representation of defense counsel and good cause appearing therefrom, the

16  Court hereby finds that the failure to grant a continuance in this case would deny defense

17  counsel reasonable time necessary for effective preparation, taking into account the

18  exercise of due diligence.  The Court finds that the ends of justice to be served by granting

19  a continuance outweigh the best interests of the public and the defendant in a speedy trial.

20  It is ordered that time up to and including the May 3, 2013 status conference shall be

21  excluded from computation of time within which the trial of this matter must be

22  commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)

23  and Local Code T-4, to allow defense counsel reasonable time to prepare.

24  Dated:  March 28, 2013

25

26  GARLAND E. BURRELL, JR.
    Senior United States District
27  Judge

28                                         2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28